# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141624(99)(101)(104)
141629

TRENDA JONES, Successor Personal
Representative and Co-Personal Representative,
BOOKER T. JONES, Co-Personal Representative,
and MARGARET A. JONES, Co-Personal
Representative, of the Estate of
JAMAR CORTEZ JONES,
      Plaintiffs-Appellees,

v

DETROIT MEDICAL CENTER and
SINAI-GRACE HOSPITAL,
      Defendants-Appellants,
      Defendants-Appellees, (in 141629)
and

DANNY F. WATSON, M.D., and
WILLIAM M. LEUCHTER, P.C.,
      Defendants-Appellees.
      Defendants-Appellants. (in 141629)

_____

SC: 141624, 141629
COA: 288710
Wayne CC: 03-327528-NH

      On order of the Chief Justice, motions by plaintiff-appellee and Michigan Defense Trial Counsel for extension of the time for filing their briefs are considered and they are granted. The motion by Michigan Health and Hospital Association for leave to file a brief *amicus curiae* is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 24, 2011

_____
Clerk